WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '08 JUN 17 15:44 USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ZORA SHERWOOD,**                      CV # 00-1064-CO

  Plaintiff,

vs.                                              ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Attorney fees in the amount of $2,450.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 17 day of June, 2008.

                                                   /s/ Owen M. Panner
                                                   United States District ~~Magistrate~~ Judge

Submitted on June 15, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1